B. Masse against the Metropolitan Street Railway Company. H. A. Robinson (G. Glenn Worden, of counsel), for appellant. Herman Gottlieb, for respondent.

PER CURIAM. The case turned upon the question of contributory negligence of the plaintiff's driver in attempting to cross a track ahead of a moving car. The question was submitted to the jury in a charge to which no exception was taken. The jury having found in favor of plaintiff, we see no reason to disturb their verdict. Judgment affirmed, with costs.